**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6624

MUTTAQIN F. ABDULLAH,

Plaintiff - Appellant,

versus

SUMTER COUNTY DETENTION CENTER; CAPTAIN
GRIFFIN; CORPORAL NOBLES; JASON TASSCONE,
Officer; MRS. JOE, Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Henry F. Floyd, District Judge.
(6:04-cv-23005-HFF)

Submitted: August 31, 2006        Decided: March 1, 2007

Before WILLIAMS and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Muttaqin F. Abdullah, Appellant Pro Se. John Evans James, III,
LEE, ERTER, WILSON, JAMES, HOLLER & SMITH, L.L.C., Sumter, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muttaqin F. Abdullah appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge and the district court. Abdullah v. Sumter County Detention Ctr., No. 6:04-cv-23005-HFF (D.S.C. Mar. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED